American Express
PO Box 570622
Atlanta, GA 30357

AT&T
PO Box 5014
Carol Stream, IL 60197

Chase Bank
PO Box 6294
Carol Stream, IL 60197

Cirro Energy
PO Box 660004
Carol Stream, IL 75266-0004

David Dinh
1707 Elm Spring Court
Lucas, TX 75002-6393

David Goad
4500 East West Highway, 6th Floor
Bethesda, MD 20814

De Lage Financial
PO Box 825736
Philadelphia, PA 19182

Diane Ta
1049 Westbury Ln
Mansfield, TX 76063-2694

EDr.
5575 N. Lynch Ave.
Chicago, IL 60630

Essilor Contact Lenses
13515 N. Stemmons Freeway
Dallas, TX 75234

Europa Eyewear
255 Corporate Woods Parkway
Indian Creek, IL 60061

Everbank
10 Waterview Blvd 2nd Floor
Parsippany-Troy Hills, NJ 07054-1286

Hanover Insurance
440 Lincoln Street
Worcester, MA 01653

Internal Revenue Service
PO Box 9941
Ogden, UT 84409

Johnson & Johnson
7500 Centurion Pkwy N
Jacksonville, FL 32256-0517

Kapitus
120 West 45th Street
New York, NY 10036

Matthew G. Naftis
4645 N Central Expy #300 300
Dallas, TX 75205-7326

Modo Eyewear
Po Box 7247
Philadelphia, PA 19170-7857

Ondeck
1400 Broadway, 25th Street
New York, NY 10018

OOGP
13555 N. Stemmons Freeway
Dallas, TX 75234

Rapid Finance
4500 East West Highway 6th
Bethesda, MD 20814

Royal Shopping Center, LLC
4760 Preston Rd Suite 244-311
Frisco, TX 75034-8548

SBA
Po Box 156059
Fort Worth, TX 76155

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Distinctive Vision Care, PLLC** CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **11/08/2026** Signature

Diane Ta , Manager