**Fill in this information to identify the case:**

Debtor name **Distinctive Vision Care, PLLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): **25-35208**

❑ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SBA<br>Po Box 156059<br>Fort Worth, TX 76155 | | all assets | | | | $300,000.00 |
| 2 | Ondeck<br>1400 Broadway, 25th Street<br>New York, NY 10018 | | | | | | $80,272.80 |
| 3 | Kapitus<br>120 West 45th Street<br>New York, NY 10036 | | | | | | $61,980.00 |
| 4 | Chase Bank<br>PO Box 6294<br>Carol Stream, IL 60197 | | | | | | $50,710.51 |
| 5 | Rapid Finance<br>4500 East West Highway 6th<br>Bethesda, MD 20814 | | | | | | $38,426.70 |
| 6 | Royal Shopping Center, LLC<br>4760 Preston Rd Suite 244-311<br>Frisco, TX 75034-8548 | | | | | | $33,395.60 |
| 7 | Royal Shopping Center, LLC<br>4760 Preston Rd Suite 244-311<br>Frisco, TX 75034-8548 | | | | $33,395.60 | $4,110.21 | $29,285.39 |
| 8 | OOGP<br>13555 N. Stemmons Freeway<br>Dallas, TX 75234 | | | | | | $22,742.92 |

Debtor **Distinctive Vision Care, PLLC** Case number *(if known)* **25-35208**

Name

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | Johnson & Johnson<br>7500 Centurion Pkwy N<br>Jacksonville, FL 32256-0517 | | Trade Accounts Payable | | | | $19,655.15 |
| 10 | American Express<br>PO Box 570622<br>Atlanta, GA 30357 | | | | | | $14,238.02 |
| 11 | Everbank<br>10 Waterview Blvd 2nd Floor<br>Parsippany-Troy Hills, NJ 07054-1286 | | | | $103,603.50 | $90,000.00 | $13,603.50 |
| 12 | EDr.<br>5575 N. Lynch Ave.<br>Chicago, IL 60630 | | | | | | $13,402.95 |
| 13 | Internal Revenue Service<br>PO Box 9941<br>Ogden, UT 84409 | | | | | | $6,041.36 |
| 14 | Modo Eyewear<br>Po Box 7247<br>Philadelphia, PA 19170-7857 | | Trade Accounts Payable | | | | $4,721.52 |
| 15 | Europa Eyewear<br>255 Corporate Woods Parkway<br>Indian Creek, IL 60061 | | Trade Accounts Payable | | | | $3,439.55 |
| 16 | Essilor Contact Lenses<br>13515 N. Stemmons Freeway<br>Dallas, TX 75234 | | Trade Accounts Payable | | | | $891.79 |
| 17 | Hanover Insurance<br>440 Lincoln Street<br>Worcester, MA 01653 | | | | | | $359.00 |
| 18 | Cirro Energy<br>PO Box 660004<br>Carol Stream, IL 75266-0004 | | | | | | $300.00 |
| 19 | AT&T<br>PO Box 5014<br>Carol Stream, IL 60197 | | | | | | $70.54 |
| 20 | | | | | | | |