# Distinctive Vision Care

## Balance Sheet

As of Nov 4, 2026

| | Total |
|---|---|
| Assets | |
| Current Assets | |
| Bank Accounts | |
| BUS COMPLETE CHK (1502) - 1 | -45,024.66 |
| Capital One Checking Acct 0934 | 14,251.98 |
| Payroll Expenses | 6,877.38 |
| **Total Bank Accounts** | **-$23,895.30** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 0.00 |
| **Total Accounts Receivable** | **$0.00** |
| Other Current Assets | |
| Inventory Asset | 0.00 |
| Undeposited Funds | 2,476.00 |
| **Total Other Current Assets** | **$2,476.00** |
| **Total Current Assets** | **-$21,419.30** |
| Fixed Assets | |
| Accumulated Depreciation | -237,327.76 |
| Computer Hardware and Software | 3,562.08 |
| Furniture and Equipment | 13,330.25 |
| Leasehold Improvements | 130,514.35 |
| Medical Equipment | 139,538.75 |
| Section 179 Carryover | 0.00 |
| **Total Fixed Assets** | **$49,617.67** |
| Other Assets | |
| Loan to Ta Eye Assoc. | 18,269.65 |
| Security Deposit Asset | 4,110.21 |
| **Total Other Assets** | **$22,379.86** |
| **Total Assets** | **$50,578.23** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| Chase Credit Card | -$204,619.09 |
| Dinh Chase Credit Card | 203,118.13 |
| Ta Chase Credit Card | 43,859.76 |
| **Total for Chase Credit Card** | **$42,358.80** |

# Distinctive Vision Care

Balance Sheet
As of Nov 4, 2026

| | Total |
|---|---|
| **Total Credit Cards** | **$42,358.80** |
| Other Current Liabilities | |
| Direct Deposit Liabilities | 0.00 |
| Expansion Capital - MCA | -9,006.00 |
| Kapitus - MCA | 39,166.00 |
| OnDeck | 45,043.12 |
| Payroll Taxes Payable | $2,512.63 |
| Federal Withholding | -2,389.78 |
| **Total for Payroll Taxes Payable** | **$122.85** |
| Rapid Finance Line of Credit | 34,687.92 |
| **Total Other Current Liabilities** | **$110,013.89** |
| **Total Current Liabilities** | **$152,372.69** |
| Long-term Liabilities | |
| Amex Line of Credit | 8,117.20 |
| Kabbage Loan | 0.00 |
| Loan from Shareholder - David Dinh | 16,830.48 |
| Member Loans | $210.00 |
| Dr. David Dinh | 6,000.00 |
| Dr. Diane Ta | 8,431.00 |
| **Total for Member Loans** | **$14,641.00** |
| PPP Loan | 0.00 |
| SBA Business Loan | 296,910.00 |
| SBA Loan | -773.00 |
| Wells Fargo Loan #18 | 14,060.50 |
| Wells Fargo Loan #26 | -14,776.60 |
| **Total Long-term Liabilities** | **$335,009.58** |
| **Total Liabilities** | **$487,382.27** |
| Equity | |
| Dr David Dinh Equity | -132,298.66 |
| Dr Diane Ta Equity | -132,298.62 |
| Opening Balance Equity | 0.00 |
| Owner's Investment | 1,700.00 |
| Owner's Pay & Personal Expenses | -25,243.84 |
| Retained Earnings | -115,379.22 |
| Net Income | -33,283.70 |
| **Total Equity** | **-$436,804.04** |
| **Total Liabilities and Equity** | **$50,578.23** |