# Distinctive Vision Care

## Profit and Loss

January 1-November 4, 2026

| | Total |
|---|---|
| Income | |
| Services | 332,323.93 |
| **Total Income** | **$332,323.93** |
| Cost of Goods Sold | |
| Cost of Goods | 98,360.64 |
| Cost of Goods Sold | 2,597.98 |
| **Total Cost of Goods Sold** | **$100,958.62** |
| **Gross Profit** | **$231,365.31** |
| Expenses | |
| Advertising & Marketing | 7,554.71 |
| Ask My Accountant | 3,759.68 |
| Bank Charges & Fees | 8,673.25 |
| Contractors | 405.00 |
| Dues and Subscriptions | 3,694.27 |
| Insurance | 3,004.12 |
| Interest Paid | 5,412.27 |
| Legal & Professional Services | 27,725.00 |
| Meals & Entertainment | 97.16 |
| Medical Equipment-Leased | 25,082.26 |
| Medical Supplies | 800.97 |
| Office Supplies & Software | 4,913.18 |
| Payroll Fees | 853.83 |
| Payroll Tax Expenses | 7,519.21 |
| Payroll Wage Expenses | 108,716.53 |
| Postage | 343.87 |
| Rent & Lease | 43,510.70 |
| Repairs & Maintenance | 519.60 |
| Security | 1,199.05 |
| Taxes & Licenses | 7,072.44 |
| Utilities | 4,055.25 |
| **Total Expenses** | **$264,912.35** |
| **Net Operating Income** | **-$33,547.04** |
| Other Income | |
| rebate | 11.10 |
| Refund | 252.24 |
| **Total Other Income** | **$263.34** |
| **Net Other Income** | **$263.34** |
| **Net Income** | **-$33,283.70** |