David D. Ritter
State Bar No. 00791534
RITTER SPENCER CHENG PLLC
17950 Preston Road, Suite 250
Dallas, Texas 75252
Tel.: (214) 295-5078
Fax: (214) 329-4362
dritter@ritterspencercheng.com

**PROPOSED ATTORNEY FOR DEBTOR**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DISTINCTIVE VISION CARE, PLLC,** | § | **CASE NO. 26-35208-MVL-11** |
| | § | **(Chapter 11; Subchapter V)** |
| **DEBTOR.** | § | |

# EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL

COMES NOW, Distinctive Vision Care, PLLC, Debtor and Debtor in Possession in the above-styled and numbered case (the "Debtor"), and files this Emergency Motion for Authority to Use Cash Collateral (the "Motion"), and in support would respectfully show the Court as follows:

## I. JURISDICTION AND VENUE

1. The Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. § 1334(b) and Miscellaneous Order No. 33 of the United States District Court for the Northern District of Texas. This matter is a core proceeding. 28 U.S.C. § 157(b).

2. Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

3. The statutory and procedural predicates for the relief requested are 11 U.S.C. §§ 105(a), 361, 362, 363, 1108, and 1184; Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and Rules 9007-1 and 9013-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas (the "Local Rules").

## II. FACTUAL AND PROCEDURAL BACKGROUND

4. On November 8, 2026 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") and elected to proceed under Subchapter V of Chapter 11.

5. The Debtor continues to operate its business and manage its affairs as a debtor in possession pursuant to 11 U.S.C. §§ 1108 and 1184. No trustee has been appointed in this case other than the Subchapter V trustee.

6. The Debtor is a Texas professional limited liability company formed on July 31, 2015. The Debtor operates an optometry practice from leased retail space located at 411 E. Royal Lane, Suite 170, Irving, Texas 75039, in Dallas County. The Debtor provides eye examinations and related optometric services and sells prescription eyeglasses, frames, and contact lenses. The Debtor employs five people. The Debtor is managed by its two members, Diane Ta and David Dinh, each of whom holds a fifty percent membership interest.

7. The Debtor's operations are funded by patient fees, reimbursements from third-party payors, and retail sales of optical goods, in each case generated in the ordinary course of the Debtor's practice. For the fiscal year ended December 31, 2025, the Debtor generated gross revenue of approximately $401,707.81. For the period from January 1, 2026 through August 14, 2026, the Debtor generated gross revenue of approximately $247,240.27.

8. The Debtor's budget is attached hereto as Exhibit "A."

9. As of the Petition Date, the Debtor held (i) approximately $6,731.87 on deposit in a checking account at Capital One, N.A., account ending in 0934 (the "Bank Account"); and (ii) optical inventory consisting principally of frames and contact lenses, with a cost basis of approximately $54,059.54 and an estimated net realizable value of approximately $138,617.05.

10. The following parties may assert a security interest in the Debtor's deposit accounts, inventory, accounts receivable, and the proceeds thereof, by reason of financing statements of record or otherwise: the United States Small Business Administration; OnDeck; Kapitus; and Rapid Finance (collectively, the "Secured Parties"). In addition, De Lage Landen Financial Services and EverBank assert liens on specific items of the Debtor's equipment, which liens may extend to the proceeds of that equipment. Wells Fargo, terminated its UCC-1 on October 19, 2026.

11. A list of the Secured Parties and the equipment lienholders identified in paragraph 9 above, together with the collateral and the claim amount each asserts, is attached to this Motion as Exhibit "B." The Debtor reserves all rights to dispute the validity, extent, priority, perfection, enforceability, and secured status of any interest asserted by any Secured Party, and to assert any claim, counterclaim, offset, recharacterization, or avoidance action with respect thereto.

12. Certain of the Secured Parties advanced funds to the Debtor under agreements styled as purchases of the Debtor's future receipts or receivables. The Debtor reserves all rights to contend that those transactions are loans, that the receipts and receivables at issue are property of the estate, and that the resulting claims are subject to recharacterization, avoidance, subordination, or disallowance in whole or in part. Neither this Motion nor any order granting it constitutes an admission that any such transaction transferred any property interest to any Secured Party.

13. The Debtor's cash on hand, its accounts receivable and the proceeds thereof, and the proceeds of its inventory may constitute "cash collateral" within the meaning of 11 U.S.C. § 363(a) to the extent any Secured Party holds a valid, perfected, and enforceable security interest therein (the "Cash Collateral").

14. The Debtor requires the immediate use of Cash Collateral to fund its ongoing operations, including payroll and payroll taxes, rent, equipment lease payments, professional liability and other insurance, utilities, telecommunications, inventory and lens purchases, and the other ordinary and necessary operating expenses of the practice. The use of Cash Collateral is the only means available to the Debtor to finance its operations. The Debtor has no commitment for debtor-in-possession financing and no material unencumbered source of funds.

15. Absent authority to use Cash Collateral, the Debtor will be unable to meet payroll, keep its office open, serve its patients, or maintain its insurance. The Debtor's operations will cease, its going-concern value and its ability to reorganize will be destroyed, and the value of the estate — including the very collateral in which the Secured Parties assert an interest — will be substantially impaired, to the detriment of all creditors.

## III. RELIEF REQUESTED

16. The Debtor requests authority to use Cash Collateral to pay the expenses set forth in the budget attached hereto as Exhibit "A" (the "Budget").

17. The Debtor requests authority to use Cash Collateral to pay up to 110% of each individual line-item expense set forth in the Budget, so long as the total Cash Collateral expended during any month does not exceed by more than 5% the total amount set forth in the Budget for that month.

18. Because a final hearing on this Motion may not be commenced earlier than fourteen days after service of the Motion, the Debtor requests that the Court first enter an interim order authorizing the use of Cash Collateral in the amounts and for the purposes set forth in the Budget, to the extent necessary to avoid immediate and irreparable harm to the estate pending a final hearing. See Fed. R. Bankr. P. 4001(b)(2).

19. The Debtor requests that the interim authority granted remain in effect through the earlier of (i) entry of a final order on this Motion, (ii) the conclusion of the period covered by the Budget, or (iii) further order of this Court.

## IV. ADEQUATE PROTECTION

20. As adequate protection for the Debtor's use of cash collateral, and to the extent of any diminution in value of a secured party's interest in the cash collateral, the Debtor proposes to grant each Secured Party identified on Exhibit "B" replacement liens (the "Replacement Liens") on all post-petition cash collateral and post-petition acquired property of the same nature, extent, validity, and priority as such Secured Party possessed as of the Petition Date, notwithstanding section 552 of the Bankruptcy Code. The Replacement Liens shall not attach to any Chapter 5 causes of action or their proceeds.

21. The Replacement Liens and all other pre-petition liens of the Secured Parties shall be subject and subordinate to a carve-out for statutory fees, Subchapter V Trustee fees, and other amounts as set forth in the proposed order submitted herewith.

22. The Debtor requests expedited and emergency consideration of this Motion because the Debtor needs authority to use cash collateral immediately in order to continue operating its optometrist business. The Debtor's income is derived from the payments from that business, and any delay will cause immediate and irreparable harm to the Debtor and its estate.

WHEREFORE, the Debtor respectfully requests that the Court enter an order authorizing the Debtor to use cash collateral in accordance with the Budget and on the terms set forth herein, granting the adequate protection described above, and granting the Debtor such other and further relief, at law or in equity, to which it may be justly entitled.

Dated: November 11, 2026

Respectfully submitted,

**RITTER SPENCER CHENG PLLC**

*/s/ David D. Ritter*
David D. Ritter
State Bar No.: 00791534
17950 Preston Road, Suite 250
Dallas, Texas 75252
Tel.: (214) 295-5078
Fax: (214) 329-4362
dritter@ritterspencercheng.com

**PROPOSED ATTORNEY FOR DEBTOR**

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2026 a true and correct copy of the foregoing document was served on the parties listed on the attached service list via regular U.S. Mail, and on the following by email:

| | |
|---|---|
| Kapitus: | qneby@dedicatedgbc.com' |
| | jtoback@kapitus.com |
| OnDeck: | jromero3@ondeck.com |
| Rapid Finance: | guadaluperamirez@rapidfinance.com |
| SBA: | DRC@sba.gov |
| | disastercustomerservice@sba.gov |

*/s/David D. Ritter*
David D. Ritter

EXHIBIT
A

| Line Item | Monthly Budget ($) |
| --- | --- |
| **CASH RECEIPTS** | |
| Patient fees and third-party payor collections; retail sales | 33,000.00 |
| **TOTAL CASH RECEIPTS** | **33,000.00** |
| | |
| **OPERATING DISBURSEMENTS** | |
| Payroll — gross wages (5 employees) | 11,000.00 |
| Employer payroll taxes | 1,000.00 |
| Rent — 411 E. Royal Lane, Suite 170 (Royal Shopping Center) | 7,310.70 |
| Inventory purchases — frames and contact lenses | 10,000.00 |
| Insurance — general liability (Hanover) | 283.25 |
| Insurance — professional liability (Lockton Affinity) | 69.67 |
| Electricity (Cirro Energy) | 400.00 |
| Telephone and internet (AT&T) | 70.54 |
| Merchant processing / credit card fees | 280.00 |
| Accounting and bookkeeping (CPA) | 350.00 |
| Office supplies, repairs, and maintenance | 200.00 |
| Other ordinary operating expenses (electronic medical record fee) | 499.00 |
| **TOTAL OPERATING DISBURSEMENTS** | **31,463.16** |

# Search & Order Records

EXHIBIT

B

## Debtor Search Results

This debtor search was performed on **11/06/2026 03:01 PM** with the following search criteria:
**Name:** Distinctive Vision Care, LLC

☐ **Order Debtor Search Certificate - $15**

**Filing Date on or After** mm/dd/yyyy

**Filing Date on or Before** mm/dd/yyyy

SEARCH Reset

Filing Date Oldest to Newest ○

Filing Date Newest to Oldest ○

| Filing Number | Filing Type | File Date | Lapse Date | Plain Copy |
|---|---|---|---|---|
| 150028029764 | Initial - Financing Statement | 08/31/2015 05:37 PM | 9/3/2030 | |
| 2000089460 | Amendment - Continuation | 03/05/2020 02:08 PM | N/A | |
| 2500424699 | Amendment - Continuation | 07/15/2025 02:47 AM | N/A | |
| 2605979005 | Amendment - Termination | 10/19/2026 03:48 AM | N/A | |

**Filing Parties**

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Debtor | DISTINCTIVE VISION CARE, PLLC | 411 West Royal Lane | Irvine | TX | 75039 | USA |
| Debtor | David Thanh Dinh | 1551 Oak Lawn Avenue, #178 | Dallas | TX | 75207 | USA |
| Secured Party | Wells Fargo Bank, N.A. | 2000 Powell St., Fourth Floor | Emeryville | CA | 94608 | USA |

| Filing Number | Filing Type | File Date | Lapse Date | Plain Copy |
|---|---|---|---|---|
| 210016340603 | Initial - Financing Statement | 04/23/2021 10:15 AM | 4/23/2031 | |
| 2601418093 | Amendment - Continuation | 03/10/2026 02:04 PM | N/A | |

**Filing Parties**

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Debtor | DISTINCTIVE VISION CARE, PLLC | 411 E ROYAL LN STE 170 | IRVING | TX | 75039 | USA |
| Secured Party | DE LAGE LANDEN FINANCIAL SERVICES, INC. | 1111 OLD EAGLE SCHOOL ROAD | WAYNE | PA | 19087 | USA |

| Filing Number | Filing Type | File Date | Lapse Date | Plain Copy |
|---|---|---|---|---|
| 220005614222 | Initial - Financing Statement | 02/04/2022 11:12 AM | 2/4/2032 | |
| 2605934465 | Amendment - Continuation | 10/16/2026 01:25 PM | N/A | |

**Filing Parties**

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Debtor | Distinctive Vision Care, PLLC | 411 E ROYAL LN STE 170 | IRVING | TX | 75039 | USA |
| Secured Party | U.S. Small Business Administration | 1545 Hawkins Blvd, Suite 202 | El Paso | TX | 79925 | USA |

| Filing Number | Filing Type | File Date | Lapse Date | Plain Copy |
|---|---|---|---|---|
| 220016922802 | Initial - Financing Statement | 04/05/2022 10:39 AM | 4/5/2027 | |

**Filing Parties**

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Debtor | DISTINCTIVE VISION CARE, PLLC | 411 E ROYAL LN STE 170 | IRVING | TX | 75039 | USA |
| Secured Party | U.S. Bank Equipment Finance, a division of U.S. Bank National Association | 1310 Madrid Street | Marshall | MN | 56258 | USA |

| Filing Number | Filing Type | File Date | Lapse Date | Plain Copy |
|---|---|---|---|---|
| 230032025421 | Initial - Financing Statement | 07/20/2023 05:00 PM | 7/20/2028 | |

**Filing Parties**

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Debtor | DISTINCTIVE VISION CARE, PLLC | 411 E ROYAL LN, STE 170 | Irving | TX | 75039 | USA |
| Secured Party | TIAA, FSB | 10 WATERVIEW BLVD | Parsippany | NJ | 07054 | USA |

| Filing Number | Filing Type | File Date | Lapse Date | Plain Copy |
|---|---|---|---|---|
| 250010650857 | Initial - Financing Statement | 03/17/2025 03:09 PM | 3/18/2030 | |

**Filing Parties**

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Debtor | TA EYE ASSOCIATES, PLLC | 411 E Royal Ln, Ste 170 | Irving | TX | 75039 | USA |
| Debtor | DISTINCTIVE VISION CARE, PLLC | 411 E Royal Ln, Ste 170 | Irving | TX | 75039 | USA |
| Debtor | Distinctive Vision Care | 411 E Royal Ln, Ste 170 | Irving | TX | 75039 | USA |
| Secured Party | C T Corporation System, as representative | 330 N Brand Blvd, Suite 700; Attn: SPRS | Glendale | CA | 91203 | USA |

| Filing Number | Filing Type | File Date | Lapse Date | Plain Copy |
|---|---|---|---|---|
| 260004403186 | Initial - Financing Statement | 08/03/2026 09:23 AM | 8/4/2031 | |

**Filing Parties**

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Debtor | DISTINCTIVE VISION CARE, PLLC | 411 East Royal Lane | Irving | TX | 75039 | USA |
| Secured Party | Corporation Service Company, as Representative | PO Box 2576 | Springfield | IL | 62708 | USA |

| Filing Number | Filing Type | File Date | Lapse Date | Plain Copy |
|---|---|---|---|---|
| 260004498015 | Initial - Financing Statement | 08/07/2026 09:31 AM | 8/7/2031 | |

**Filing Parties**

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Debtor | DISTINCTIVE VISION CARE | 411 E Royal Ln | Irving | TX | 75039 | USA |
| Secured Party | ASSN COMPANY | P.O. Box 2576 - UCCSPREP@cscinfo.com | Springfield | IL | 62708 | USA |

| Filing Number | Filing Type | File Date | Lapse Date | Plain Copy |
|---|---|---|---|---|
| 260004876081 | Initial - Financing Statement | 08/25/2026 04:13 PM | 8/25/2031 | |
| 2605028084 | Amendment - Termination | 09/01/2026 03:34 PM | N/A | |

**Filing Parties**

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Debtor | DISTINCTIVE VISION CARE | 411 E Royal Ln | Irving | TX | 75039 | USA |

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Secured Party | ASSN COMPANY | P.O. Box 2576 - UCCSPREP@cscinfo.com | Springfield | IL | 62708 | USA |

« ‹ **1 – 9** of 9 › »

**Page Size** 10

CANCEL

NEW SEARCH