**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DISTINCTIVE VISION CARE, PLLC,** | § | **CASE NO. 26-35208-MVL-11** |
| | § | **(Chapter 11; Subchapter V)** |
| **DEBTOR.** | § | |

**ORDER ON AUTHORITY TO USE CASH COLLATERAL**

After a hearing on ________________________, the Court, having reviewed the Motion for Authority to Use Cash Collateral, finds that a need exists to order the relief herein on a final basis and that it is in the best interest of the above-referenced Debtor, the Debtor's estate, and the Debtor's creditors to authorize the use of cash collateral. Use of cash collateral is the only means available to the Debtor to finance its operation, and immediate and irreparable harm will result if the Debtor is not permitted to use cash collateral in the amounts set forth in the budget. It is therefore

ORDERED that the Motion is GRANTED as set forth herein; and it is further

ORDERED that the Debtor is authorized to use cash collateral for expenses as set forth in the budget attached to this Order as Exhibit "A." The Debtor has the authority to use cash collateral to pay up to 110% of each individual expense in their respective budgets so long as the total of cash collateral spent during the month does not exceed by more than 5% of the total budget; and it is further

ORDERED that the authority granted by this Order shall remain in effect through the earlier of (i) entry of a final order on the Motion, (ii) the conclusion of the period covered by the Budget, or (iii) further order of this Court; and it is further

ORDERED that all creditors set forth in the UCC lists attached as Exhibit "B" to the Debtor's Motion reserve all of their rights including, but not limited to, seeking a determination of whether any receipts allegedly purchased pre-petition or money loaned is property of the estate. The Debtor reserves the right to dispute the allegedly secured nature of those claims; and it is further

ORDERED as adequate protection for the use of cash collateral, the creditors listed on Exhibit "B" to the Motion are hereby granted replacement liens (the "Replacement Liens") on all post-petition cash collateral and post-petition acquired property to the same nature, extent, validity, and priority that such creditor possessed as of the Petition Date, notwithstanding section 552 of the Bankruptcy Code. These Replacement Liens will not attach to any Chapter 5 causes of action or their proceeds; and it is further

ORDERED that, notwithstanding anything herein to the contrary, the Replacement Liens and all other pre-petition liens of the secured parties are subject and subordinate to a carve-out of funds ("Carve Out") for all fees required to be paid to: (i) the Clerk of the Bankruptcy Court; (ii) the Office of the United States Trustee pursuant to Section 1930(a) of Title 28, U.S. Code, if any;

(iii) all reasonable fees and expenses incurred by a trustee, if any, under section 726(b) of the Bankruptcy Code in an amount not exceeding $15,000.00; and (iv) all fees and expenses of the Subchapter V Trustee approved by the Court. However, the Carve Out shall not be construed as a claim against any of the Lenders nor as a lien or other encumbrance on any of the Debtor's real property or tangible personal property; and it is further

ORDERED that nothing in this Order authorizes the retention or payment of professionals under Section 327. No professionals retained under section 327 may be paid without separate court order approving their retention and compensation; and it is further

ORDERED that notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation, enforcement, and/or interpretation of this Order; any objection to the entry of a final order shall be filed and served no later than ______________, 2026; and it is further

ORDERED that a hearing will be held on _____________, 2026 at ________ a.m./p.m. to determine if this Order should be continued, modified, or terminated.

### END OF ORDER ###

Order submitted by:

**RITTER SPENCER CHENG PLLC**

David D. Ritter
17950 Preston Road, Suite 250
Dallas, Texas 75252
Tel.: (214) 295-5078
Fax: (214) 329-4362
dritter@ritterspencercheng.com

**PROPOSED ATTORNEY FOR DEBTOR**

EXHIBIT

A

exhibitsticker.com

| Line Item | Monthly Budget ($) |
|---|---|
| **CASH RECEIPTS** | |
| Patient fees and third-party payor collections; retail sales | 33,000.00 |
| **TOTAL CASH RECEIPTS** | **33,000.00** |
| | |
| **OPERATING DISBURSEMENTS** | |
| Payroll — gross wages (5 employees) | 11,000.00 |
| Employer payroll taxes | 1,000.00 |
| Rent — 411 E. Royal Lane, Suite 170 (Royal Shopping Center) | 7,310.70 |
| Inventory purchases — frames and contact lenses | 10,000.00 |
| Insurance — general liability (Hanover) | 283.25 |
| Insurance — professional liability (Lockton Affinity) | 69.67 |
| Electricity (Cirro Energy) | 400.00 |
| Telephone and internet (AT&T) | 70.54 |
| Merchant processing / credit card fees | 280.00 |
| Accounting and bookkeeping (CPA) | 350.00 |
| Office supplies, repairs, and maintenance | 200.00 |
| Other ordinary operating expenses (electronic medical record fee) | 499.00 |
| **TOTAL OPERATING DISBURSEMENTS** | **31,463.16** |

# Search & Order Records

EXHIBIT

B

## Debtor Search Results

This debtor search was performed on **11/06/2026 03:01 PM** with the following search criteria:
**Name:** Distinctive Vision Care, LLC

☐ **Order Debtor Search Certificate - $15**

**Filing Date on or After** mm/dd/yyyy

**Filing Date on or Before** mm/dd/yyyy

SEARCH Reset

Filing Date Oldest to Newest ○

Filing Date Newest to Oldest ○

| Filing Number | Filing Type | File Date | Lapse Date | Plain Copy |
|---|---|---|---|---|
| 150028029764 | Initial - Financing Statement | 08/31/2015 05:37 PM | 9/3/2030 | |
| 2000089460 | Amendment - Continuation | 03/05/2020 02:08 PM | N/A | |
| 2500424699 | Amendment - Continuation | 07/15/2025 02:47 AM | N/A | |
| 2605979005 | Amendment - Termination | 10/19/2026 03:48 AM | N/A | |

**Filing Parties**

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Debtor | DISTINCTIVE VISION CARE, PLLC | 411 West Royal Lane | Irvine | TX | 75039 | USA |
| Debtor | David Thanh Dinh | 1551 Oak Lawn Avenue, #178 | Dallas | TX | 75207 | USA |
| Secured Party | Wells Fargo Bank, N.A. | 2000 Powell St., Fourth Floor | Emeryville | CA | 94608 | USA |

| Filing Number | Filing Type | File Date | Lapse Date | Plain Copy |
|---|---|---|---|---|
| 210016340603 | Initial - Financing Statement | 04/23/2021 10:15 AM | 4/23/2031 | |
| 2601418093 | Amendment - Continuation | 03/10/2026 02:04 PM | N/A | |

**Filing Parties**

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Debtor | DISTINCTIVE VISION CARE, PLLC | 411 E ROYAL LN STE 170 | IRVING | TX | 75039 | USA |
| Secured Party | DE LAGE LANDEN FINANCIAL SERVICES, INC. | 1111 OLD EAGLE SCHOOL ROAD | WAYNE | PA | 19087 | USA |

| Filing Number | Filing Type | File Date | Lapse Date | Plain Copy |
|---|---|---|---|---|
| 220005614222 | Initial - Financing Statement | 02/04/2022 11:12 AM | 2/4/2032 | |
| 2605934465 | Amendment - Continuation | 10/16/2026 01:25 PM | N/A | |

**Filing Parties**

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Debtor | Distinctive Vision Care, PLLC | 411 E ROYAL LN STE 170 | IRVING | TX | 75039 | USA |
| Secured Party | U.S. Small Business Administration | 1545 Hawkins Blvd, Suite 202 | El Paso | TX | 79925 | USA |

| Filing Number | Filing Type | File Date | Lapse Date | Plain Copy |
|---|---|---|---|---|
| 220016922802 | Initial - Financing Statement | 04/05/2022 10:39 AM | 4/5/2027 | |

**Filing Parties**

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Debtor | DISTINCTIVE VISION CARE, PLLC | 411 E ROYAL LN STE 170 | IRVING | TX | 75039 | USA |
| Secured Party | U.S. Bank Equipment Finance, a division of U.S. Bank National Association | 1310 Madrid Street | Marshall | MN | 56258 | USA |

| Filing Number | Filing Type | File Date | Lapse Date | Plain Copy |
|---|---|---|---|---|
| 230032025421 | Initial - Financing Statement | 07/20/2023 05:00 PM | 7/20/2028 | |

**Filing Parties**

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Debtor | DISTINCTIVE VISION CARE, PLLC | 411 E ROYAL LN, STE 170 | Irving | TX | 75039 | USA |
| Secured Party | TIAA, FSB | 10 WATERVIEW BLVD | Parsippany | NJ | 07054 | USA |

| Filing Number | Filing Type | File Date | Lapse Date | Plain Copy |
|---|---|---|---|---|
| 250010650857 | Initial - Financing Statement | 03/17/2025 03:09 PM | 3/18/2030 | |

**Filing Parties**

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Debtor | TA EYE ASSOCIATES, PLLC | 411 E Royal Ln, Ste 170 | Irving | TX | 75039 | USA |
| Debtor | DISTINCTIVE VISION CARE, PLLC | 411 E Royal Ln, Ste 170 | Irving | TX | 75039 | USA |
| Debtor | Distinctive Vision Care | 411 E Royal Ln, Ste 170 | Irving | TX | 75039 | USA |
| Secured Party | C T Corporation System, as representative | 330 N Brand Blvd, Suite 700; Attn: SPRS | Glendale | CA | 91203 | USA |

| Filing Number | Filing Type | File Date | Lapse Date | Plain Copy |
|---|---|---|---|---|
| 260004403186 | Initial - Financing Statement | 08/03/2026 09:23 AM | 8/4/2031 | |

**Filing Parties**

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Debtor | DISTINCTIVE VISION CARE, PLLC | 411 East Royal Lane | Irving | TX | 75039 | USA |
| Secured Party | Corporation Service Company, as Representative | PO Box 2576 | Springfield | IL | 62708 | USA |

| Filing Number | Filing Type | File Date | Lapse Date | Plain Copy |
|---|---|---|---|---|
| 260004498015 | Initial - Financing Statement | 08/07/2026 09:31 AM | 8/7/2031 | |

**Filing Parties**

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Debtor | DISTINCTIVE VISION CARE | 411 E Royal Ln | Irving | TX | 75039 | USA |
| Secured Party | ASSN COMPANY | P.O. Box 2576 - UCCSPREP@cscinfo.com | Springfield | IL | 62708 | USA |

| Filing Number | Filing Type | File Date | Lapse Date | Plain Copy |
|---|---|---|---|---|
| 260004876081 | Initial - Financing Statement | 08/25/2026 04:13 PM | 8/25/2031 | |
| 2605028084 | Amendment - Termination | 09/01/2026 03:34 PM | N/A | |

**Filing Parties**

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Debtor | DISTINCTIVE VISION CARE | 411 E Royal Ln | Irving | TX | 75039 | USA |

| Type | Name | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Secured Party | ASSN COMPANY | P.O. Box 2576 - UCCSPREP@cscinfo.com | Springfield | IL | 62708 | USA |

« ‹ **1 – 9** of 9 › »

**Page Size** 10

CANCEL

NEW SEARCH