Label Matrix for local noticing
0539-3
Case 26-35208-mvl11
Northern District of Texas
Dallas
Wed Nov 11 18:49:55 CST 2026

Distinctive Vision Care, PLLC
411 E. Royal Lane, Suite 170
Irving, TX 75039-3122

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

AT&T
PO Box 5014
Carol Stream, IL 60197-5014

American Express
PO Box 570622
Atlanta, GA 30357-3110

Chase Bank
PO Box 6294
Carol Stream, IL 60197-6294

Cirro Energy
PO Box 660004
Carol Stream, IL 75266-0004

David Dinh
1707 Elm Spring Court
Lucas, TX 75002-6393

David Goad
4500 East West Highway, 6th Floor
Bethesda, MD 20814-3327

De Lage Financial
PO Box 825736
Philadelphia, PA 19182-5736

Diane Ta
1049 Westbury Ln
Mansfield, TX 76063-2694

EDr.
5575 N. Lynch Ave.
Chicago, IL 60630-1417

Essilor Contact Lenses
13515 N. Stemmons Freeway
Dallas, TX 75234-5765

Europa Eyewear
255 Corporate Woods Parkway
Indian Creek, IL 60061-3109

Everbank
10 Waterview Blvd 2nd Floor
Parsippany-Troy Hills, NJ 07054-1286

Hanover Insurance
440 Lincoln Street
Worcester, MA 01653-0001

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Johnson & Johnson
7500 Centurion Pkwy N
Jacksonville, FL 32256-0517

Kapitus
120 West 45th Street
New York, NY 10036-4041

Matthew G. Naftis
4645 N Central Expy #300 300
Dallas, TX 75205-7323

Modo Eyewear
Po Box 7247
Philadelphia, PA 19170-7857

OOGP
13555 N. Stemmons Freeway
Dallas, TX 75234-5765

Ondeck
1400 Broadway, 25th Street
New York, NY 10018

Rapid Finance
4500 East West Highway 6th
Bethesda, MD 20814-3327

Royal Shopping Center, LLC
4760 Preston Rd Suite 244-311
Frisco, TX 75034-8548

SBA
Po Box 156059
Fort Worth, TX 76155

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

David D. Ritter
Ritter Spencer Cheng PLLC
17950 Preston Road, Suite 250
Dallas, TX 75252-5637

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 9941
Ogden, UT 84409

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 27 |
| Bypassed recipients | 0 |
| Total | 27 |