David D. Ritter
State Bar No. 00791534
RITTER SPENCER CHENG PLLC
17950 Preston Road, Suite 250
Dallas, Texas 75252
Tel.: (214) 295-5078
Fax: (214) 329-4362
dritter@ritterspencercheng.com

**PROPOSED ATTORNEY FOR DEBTOR**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DISTINCTIVE VISION CARE, PLLC,** | § | **CASE NO. 26-35208-MVL-11** |
| | § | **(Chapter 11; Subchapter V)** |
| **DEBTOR.** | § | |

**EMERGENCY MOTION FOR AUTHORITY TO PAY PRE-PETITION WAGES, SALARIES, AND RELATED EMPLOYEE OBLIGATIONS**

COMES NOW, Distinctive Vision Care, PLLC, Debtor and Debtor in Possession in the above-styled and numbered case (the "Debtor"), and files this Emergency Motion for Authority to Pay Pre-Petition Wages, Salaries, and Related Employee Obligations (the "Motion"), and in support would respectfully show the Court as follows:

## I. JURISDICTION

1. The Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334(b) and the standing order of reference of the District Court. This matter is a core proceeding. 28 U.S.C. §157(b).

2. Venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief requested are 11 U.S.C. §§ 105(a), 363, 507, 1184 and 1187 of the Bankruptcy Code and Rules 6003 and 6004 of the Federal Rules of Bankruptcy Procedure.

## II. PROCEDURAL BACKGROUND

4. On September 1, 2026 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code and elected to proceed under Subchapter V.

5. The Debtor continues to operate its business and manage its affairs as a debtor in possession pursuant to 11 U.S.C. §§ 1184 and 1108. No trustee has been appointed in this case other than the Subchapter V Trustee.

6. The Debtor is a Texas professional limited liability company formed on July 31, 2015. The Debtor operates an optometry practice from leased retail space located at 411 E. Royal Lane, Suite 170, Irving, Texas 75039, in Dallas County. The Debtor provides eye examinations and related optometric services and sells prescription eyeglasses, frames, and contact lenses. The Debtor employs five people. The Debtor is managed by its two members, Diane Ta and David Dinh, each of whom holds a fifty percent membership interest.. The Debtor's operations are funded by the income derived from customer payments to that business. As of the Petition Date, the Debtor employs approximately 5 employees (the "Employees"), who perform optometry and clinical services essential to the Debtor's operations. The Employees are paid on a twice a month and are essentially half a month in arrears. The Debtor's ordinary payroll is approximately $9,134 per week.

7. Because of the timing of the Petition Date relative to the Debtor's payroll cycle, certain wages, salaries, and commissions earned by the Employees before the Petition Date remain unpaid (the "Pre-Petition Wages"). The Debtor estimates that the aggregate amount of unpaid Pre-Petition Wages is approximately $5,500.00 through September 7, 2026. No single Employee is owed more than $17,150 on account of Pre-Petition Wages.

8. In addition to the Pre-Petition Wages, the Debtor is obligated to withhold and remit certain payroll taxes and other deductions (the "Withholdings") and to pay the employer's share of payroll taxes associated with the Pre-Petition Wages (together with the Withholdings, the "Payroll Taxes").

## III. RELIEF REQUESTED

9. The Debtor requests authority, but not direction, to: (a) pay the Pre-Petition Wages to its Employees, in each case up to the $17,150 priority cap of 11 U.S.C. § 507(a)(4); (b) calculate, withhold, and remit the Payroll Taxes associated with the Pre-Petition Wages; (c) continue the Debtor's wage, salary, commission, and payroll-processing practices in the ordinary course of business on a post-petition basis; and (d) direct the Debtor's bank to honor and process checks and electronic transfers related to the foregoing.

## IV. BASIS FOR RELIEF

10. The Pre-Petition Wages are entitled to priority under 11 U.S.C. § 507(a)(4) and (a)(5), up to $17,150 per Employee, and therefore must be paid in full under any confirmable Subchapter V plan. Payment now, rather than later, does not prejudice other creditors and prevents the significant harm that would result from the loss of the Debtor's workforce.

11. Under the doctrine of necessity of payment a debtor in a reorganization case is allowed to pay pre-petition claims where such payment is essential the continued operation of the debtor. *In re Ionosphere Clubs, Inc.*, 98 B.R. 174, 176 (Bankr. S.D.N.Y. 1989). Under 11 U.S.C. §§ 105(a) and 363(b), courts routinely authorize the payment of pre-petition wages where, as here, the Employees are essential to continued operations and the amounts are within the statutory priority caps. The Employees rely on their wages to meet basic living expenses, and their continued service is critical to preserving the going-concern value of the estate.

12. The Withholdings generally constitute funds held in trust for third parties and are not property of the estate; authority to remit them is appropriate. Continuation of the Debtor's ordinary payroll practices post-petition is a routine exercise of the Debtor's business judgment.

WHEREFORE, the Debtor respectfully requests that the Court enter an order granting the relief requested herein and such other and further relief, at law or in equity, to which the Debtor may be justly entitled.

Dated: November 11, 2026

Respectfully submitted,

**RITTER SPENCER CHENG PLLC**

*/s/ David D. Ritter*
David D. Ritter
State Bar No.: 00791534
17950 Preston Road, Suite 250
Dallas, Texas 75252
Tel.: (214) 295-5078
Fax: (214) 329-4362
dritter@ritterspencercheng.com

**PROPOSED ATTORNEY FOR DEBTOR**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026 a true and correct copy of the foregoing document was served on the parties listed on the attached service list via regular U.S. Mail, and on the following by email (November 11, 2026):

| | |
|---|---|
| Kapitus: | qneby@dedicatedgbc.com' |
| | jtoback@kapitus.com |
| OnDeck: | jromero3@ondeck.com |
| Rapid Finance: | guadaluperamirez@rapidfinance.com |
| SBA: | DRC@sba.gov |
| | disastercustomerservice@sba.gov |

*/s/David D. Ritter*
David D. Ritter