David D. Ritter
State Bar No. 00791534
RITTER SPENCER CHENG PLLC
17950 Preston Road, Suite 250
Dallas, Texas 75252
Tel.: (214) 295-5078
Fax: (214) 329-4362
dritter@ritterspencercheng.com

**PROPOSED ATTORNEY FOR DEBTOR**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DISTINCTIVE VISION CARE, PLLC,** | § | **CASE NO. 26-35208-MVL-11** |
| | § | **(Chapter 11; Subchapter V)** |
| **DEBTOR.** | § | |

# MOTION FOR EMERGENCY CONSIDERATION OF FIRST DAY MOTIONS

COMES NOW, Distinctive Vision Care, LLC, Debtor and Debtor in Possession in the above-styled and numbered case (the "Debtor"), and seeks emergency consideration of the First Day Motions shows the following:

1. This bankruptcy case was filed on November 8, 2026. Debtor has filed the following motions:

   a. Emergency Motion for Authority to Use Cash Collateral.

   b. Emergency Motion for Authority to Pay Pre-Petition Wages, Salaries, and Related Employee Obligations

   c. Emergency Motion for Authority to Continue Using Existing Bank Account and Business Forms.

2. This is a small case and Debtor has 5 employees. The emergency is necessary so that the Debtor can use cash collateral, maintain its bank account and carry on the business.

3. Because of the emergency basis and the lack of ability to contact the lenders that have liens on the collateral, to the extent such liens are valid, an agreement has not been reached.

4. Debtor's counsel has attempted to reach out to the SBA, Kapitus, Rapid Finance and OnDeck, which are believed to be the secured lenders.

5. A hearing should occur as the Court's docket permits if possible so that the Debtor can make payments for ongoing operations.

6. A hearing is requested on November 12 or 13, 2026, at the earliest time.

7. A proposed order is included.

Dated: November 11, 2026

Respectfully submitted,

**RITTER SPENCER CHENG PLLC**

*/s/ David D. Ritter*
David D. Ritter
State Bar No.: 00791534
17950 Preston Road, Suite 250
Dallas, Texas 75252
Tel.: (214) 295-5078
Fax: (214) 329-4362
dritter@ritterspencercheng.com

**PROPOSED ATTORNEY FOR DEBTOR**

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2026 a true and correct copy of the foregoing document was served on the parties listed on the attached service list via regular U.S. Mail, and on the following by email (November 11, 2026):

| | |
|---|---|
| Kapitus: | qneby@dedicatedgbc.com' |
| | jtoback@kapitus.com |
| OnDeck: | jromero3@ondeck.com |
| Rapid Finance: | guadaluperamirez@rapidfinance.com |
| SBA: | DRC@sba.gov |
| | disastercustomerservice@sba.gov |

*/s/David D. Ritter*
David D. Ritter