**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DISTINCTIVE VISION CARE, PLLC,** | § | **CASE NO. 26-35208-MVL-11** |
| | § | **(Chapter 11; Subchapter V)** |
| **DEBTOR.** | § | |

**ORDER FOR EMERGENCY SETTING ON FIRST DAY MOTIONS**

The above-named Debtor filed an Emergency Motion for Authority to Use Cash Collateral, an Emergency Motion for Authority to Pay Pre-Petition Wages, Salaries, and Related Employee Obligations, and an Emergency Motion for Authority to Continue Using Existing Bank Account and Business Forms and requested a hearing on an emergency basis. The Court finds that the Motion should be heard on an emergency basis. It is therefore

ORDERED that the Court shall conduct an emergency hearing on the Motion for Authority to Use Cash Collateral, Motion for Authority to Pay Pre-Petition Wages, Salaries, and Related Employee Obligations, and Motion for Authority to Continue Using Existing Bank Account and Business Forms on November __, 2026 at __________ a.m./p.m.; and it is further

ORDERED that Debtor's Counsel is responsible for providing notice.

### END OF ORDER ###

Order submitted by:

**RITTER SPENCER CHENG PLLC**

David D. Ritter
17950 Preston Road, Suite 250
Dallas, Texas 75252
Tel.: (214) 295-5078
Fax: (214) 329-4362
dritter@ritterspencercheng.com

**PROPOSED ATTORNEY FOR DEBTOR**