| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 26-35208-mvl11<br>Northern District of Texas<br>Dallas<br>Wed Nov 11 18:49:55 CST 2026 | Distinctive Vision Care, PLLC<br>411 E. Royal Lane, Suite 170<br>Irving, TX 75039-3122 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 |
| AT&T<br>PO Box 5014<br>Carol Stream, IL 60197-5014 | American Express<br>PO Box 570622<br>Atlanta, GA 30357-3110 | Chase Bank<br>PO Box 6294<br>Carol Stream, IL 60197-6294 |
| Cirro Energy<br>PO Box 660004<br>Carol Stream, IL 75266-0004 | David Dinh<br>1707 Elm Spring Court<br>Lucas, TX 75002-6393 | David Goad<br>4500 East West Highway, 6th Floor<br>Bethesda, MD 20814-3327 |
| De Lage Financial<br>PO Box 825736<br>Philadelphia, PA 19182-5736 | Diane Ta<br>1049 Westbury Ln<br>Mansfield, TX 76063-2694 | EDr.<br>5575 N. Lynch Ave.<br>Chicago, IL 60630-1417 |
| Essilor Contact Lenses<br>13515 N. Stemmons Freeway<br>Dallas, TX 75234-5765 | Europa Eyewear<br>255 Corporate Woods Parkway<br>Indian Creek, IL 60061-3109 | Everbank<br>10 Waterview Blvd 2nd Floor<br>Parsippany-Troy Hills, NJ 07054-1286 |
| Hanover Insurance<br>440 Lincoln Street<br>Worcester, MA 01653-0001 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Johnson & Johnson<br>7500 Centurion Pkwy N<br>Jacksonville, FL 32256-0517 |
| Kapitus<br>120 West 45th Street<br>New York, NY 10036-4041 | Matthew G. Naftis<br>4645 N Central Expy #300 300<br>Dallas, TX 75205-7323 | Modo Eyewear<br>Po Box 7247<br>Philadelphia, PA 19170-7857 |
| OOGP<br>13555 N. Stemmons Freeway<br>Dallas, TX 75234-5765 | Ondeck<br>1400 Broadway, 25th Street<br>New York, NY 10018 | Rapid Finance<br>4500 East West Highway 6th<br>Bethesda, MD 20814-3327 |
| Royal Shopping Center, LLC<br>4760 Preston Rd Suite 244-311<br>Frisco, TX 75034-8548 | SBA<br>Po Box 156059<br>Fort Worth, TX 76155 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| David D. Ritter<br>Ritter Spencer Cheng PLLC<br>17950 Preston Road, Suite 250<br>Dallas, TX 75252-5637 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 9941
Ogden, UT 84409

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 27 |
| Bypassed recipients | 0 |
| Total | 27 |