David D. Ritter
State Bar No. 00791534
RITTER SPENCER CHENG PLLC
17950 Preston Road, Suite 250
Dallas, Texas 75252
Tel.: (214) 295-5078
Fax: (214) 329-4362
dritter@ritterspencercheng.com

**ATTORNEY FOR DEBTOR**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DISTINCTIVE VISION CARE, PLLC,** | § | **CASE NO. 26-35208-MVL-11** |
| | § | **(Chapter 11; Subchapter V)** |
| **DEBTOR.** | § | |

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing has been scheduled for **November 16, 2026 at 2:30 p.m.** (Central Time) before the Honorable Michelle V. Larson to consider the following matters:

Emergency Motion for Authority to Use Cash Collateral [Dkt. 8].

Emergency Motion for Authority to Continue Using Existing Bank Account and Business Forms [Dkt. 9].

Emergency Motion for Authority to Pay Pre-Petition Wages, Salaries, and Related Employee Obligations [Dkt. 10].

PLEASE TAKE FURTHER NOTICE that this hearing will be conducted as an **In-Person hearing** located in the courtroom of the Honorable Michelle V. Larson, Courtroom No. 2, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242.

Dated: November 13, 2026

Respectfully submitted,

**RITTER SPENCER CHENG PLLC**

*/s/ David D. Ritter*
David D. Ritter
State Bar No.: 00791534
17950 Preston Road, Suite 250
Dallas, Texas 75252

Tel.: (214) 295-5078
Fax: (214) 329-4362
dritter@ritterspencercheng.com
**ATTORNEY FOR DEBTOR**

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2026 a true and correct copy of the foregoing document was served on the parties listed on the attached service list via regular U.S. Mail, and on the following by email:

| | |
|---|---|
| Kapitus: | qneby@dedicatedgbc.com |
| | jtoback@kapitus.com |
| OnDeck: | jromero3@ondeck.com |
| Rapid Finance: | guadaluperamirez@rapidfinance.com |
| SBA: | DRC@sba.gov |
| | disastercustomerservice@sba.gov |

*/s/David D. Ritter*
David D. Ritter