David D. Ritter
State Bar No. 00791534
RITTER SPENCER CHENG PLLC
17950 Preston Road, Suite 250
Dallas, Texas 75252
Tel.: (214) 295-5078
Fax: (214) 329-4362
dritter@ritterspencercheng.com

**ATTORNEY FOR DEBTOR**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DISTINCTIVE VISION CARE, PLLC,** | § | **CASE NO. 26-35208-MVL-11** |
| | § | **(Chapter 11; Subchapter V)** |
| **DEBTOR.** | § | |

**DECLARATION OF NO CASH FLOW STATEMENT**

I, Diane Ta, state as follows:

I am the Member and Manager of Distinctive Vision Care, PLLC, the Debtor and Debtor in Possession in the above-styled case, and I am authorized to make this Declaration on its behalf. I have personal knowledge of the facts set forth herein:

The Debtor has not prepared, generated or maintained a statement of cash flows in its business over the last two years.

I have reviewed this Declaration and hereby declare under penalty of perjury that the foregoing is true and correct and within my personal knowledge.

Dated: November 14, 2026

______________________________

Diane Ta